

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 22 AM 11:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

**The Residence Located At**
4926 Auburn Dr.
San Diego, California

**SEARCH WARRANT**
DEPUTY

CASE NUMBER:

**'08 MJ 0114**

TO: Special Agent Jose Gonzalez of ICE    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    SA Jose Gonzalez of ICE    who has reason to
                                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**4926 Auburn Dr., San Diego, California (more fully described in Attachment A)**

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 8, United States Code, Sections 1324.**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    1-25-08
                                                                                   Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime – 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

1-15-08  3:25pm    at    San Diego, California
Date and Time Issued         City and State

United States Magistrate Judge Nita L. Stormes
Name and Title of Judicial Officer         Signature of Judicial Office
AO 109 (2/90) Seizure Warrant



| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/15/08 | 01/15/08  3:45 p.m. | Luis Manuel BECERRA |

INVENTORY MADE IN THE PRESENCE OF

S/A TEDD DEKREEK

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Plastic Bag with Green Leafy Substance
- 4 Notebooks with Misc. papers
- 7 Cellular Telephones
- Misc. Documents (vehicle records, utilities, immigration docs, Birth Certificates)
- Immigration Documents for BECERRA

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]    1-22-08

Subscribed, sworn to, and returned before me this date.

[signature]    1-22-08
U.S. Judge or Magistrate    Date